AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

FILED
ASHEVILLE, NC
SEP 14 2022
U.S. DISTRICT COURT
W. DISTRICT OF N C

## Return

| Case No.: 1:22-mj-44-WCM | Date and time warrant executed: 7-14-22 @ 5:11PM | Copy of warrant and inventory left with: USPIS - CLT |

Inventory made in the presence of :
Postal Inspector Chad Swain / Forest City, NC Police Dept. Detective Dylan Radford

Inventory of the property taken and name of any person(s) seized:

- (1) gray colored t-shirt
- (5) plastic wrapped bundles of marijuana weighing approximately 6 lbs 4 ounces

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9-14-22

_Executing officer's signature_

Chad Swain, U.S. Postal Inspector
_Printed name and title_

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Priority Mail Express Parcel with tracking number<br>EI027286908US, currently located at 591 Brevard Road,<br>Asheville, NC 28806. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:22-mj-44-WCM |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ North Carolina _____
*(identify the person or describe the property to be searched and give its location)*:

Priority Mail Express Parcel with tracking number EI027286908US, currently located at 591 Brevard Road, Asheville, NC 28806.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances and/or materials reflecting the distribution of controlled substances through the U.S. Mail.

**YOU ARE COMMANDED** to execute this warrant on or before _____ 7/28/2022 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ W. Carleton Metcalf, U.S. Magistrate Judge _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____ 7/14/2022 330 PM _____

City and state:     Asheville, North Carolina

_____ *Judge's signature* _____

W. Carleton Metcalf, U.S. Magistrate Judge, WDNC
*Printed name and title*